NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PURDUE PHARMA L.P., THE P.F. LABORATORIES, INC., PURDUE PHARMACEUTICALS L.P., AND RHODES TECHNOLOGIES,**
*Plaintiffs-Appellants,*

**v.**

**EPIC PHARMA, LLC, MYLAN PHARMACEUTICALS INC., AND MYLAN INC.,**
*Defendants-Appellees.*

---

2014-1294, -1296

---

Appeals from the United States District Court for the Southern District of New York in No. 1:13-cv-00683-SHS and No. 1:12-cv-02959-SHS, Judge Sidney H. Stein.

-------------------------------------------------------------------

**PURDUE PHARMA L.P., THE P.F. LABORATORIES, INC., PURDUE PHARMACEUTICALS L.P., RHODES TECHNOLOGIES, AND GRUNENTHAL GMBH,**
*Plaintiffs-Appellants,*

**v.**

**AMNEAL PHARMACEUTICALS, LLC,**
*Defendant-Appellee.*

―――――――――――

2014-1306, -1307

―――――――――――

Appeals from the United States District Court for the Southern District of New York in No. 1:11-cv-08153-SHS, Judge Sidney H. Stein.

-------------------------------------------------------------------

**GRUNENTHAL GMBH, PURDUE PHARMA L.P., THE P.F. LABORATORIES, INC., PURDUE PHARMACEUTICALS L.P., AND RHODES TECHNOLOGIES,**
*Plaintiffs-Appellants,*

v.

**TEVA PHARMACEUTICALS USA, INC.,**
*Defendant-Appellee.*

―――――――――――

2014-1311, -1312, -1313, -1314

―――――――――――

Appeals from the United States District Court for the Southern District of New York in Nos. 1:12-cv-02037-SHS and 1:12-cv-05083-SHS, Judge Sidney H. Stein.

―――――――――――

**ON MOTION**

―――――――――――

# O R D E R

   Purdue Pharma L.P., The P.F. Laboratories, Inc., Purdue Pharmaceuticals L.P., and Rhodes Technologies (collectively, "Purdue") move to stay Appeal Nos. 2014-1294, -1296, -1306, and -1307 pending the resolution of a motion in the district court that has resulted in related appeals (Appeal Nos. 2014-1311, -1312, -1313, and -1314) being deactivated. Purdue also moves to consolidate the above-captioned appeals. All parties consent to the motions.

   Upon consideration thereof,

   IT IS ORDERED THAT:

   (1) The motions are granted. Appeal Nos. 2014-1294, 2014-1296, 2014-1306, -1307, and 2014-1311, -1312, -1313, -1314 are consolidated. The revised official caption is reflected above.

   (2) The consolidated appeals are stayed pending resolution of Teva Pharmaceuticals USA, Inc.'s motion to amend the judgment in the district court. Within 14 days of resolution of that motion, Purdue shall file a status report in the consolidated appeals proposing a briefing schedule.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30